UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-0060-F

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| KARLA BURKE | ) | |

The State of North Carolina, by and through undersigned counsel, moves for dismissal of the above-captioned case for the following reason: the State of North Carolina has consulted with the victim of the alleged crime, and advised her that after its review of the facts and the applicable law, that the State will not be proceeding on her complaint. The alleged victim does not oppose the State's Motion to dismiss. Counsel for Defendant, Assistant U.S. Attorney Joshua B. Royster, consents to this motion. The parties respectfully request that the hearing currently scheduled for July 10, 2015 at 2:00 p.m. be cancelled.

This the 8th day of July, 2015.

JON DAVID
Brunswick County District Attorney

BY: _____
CHRIS THOMAS
Assistant District Attorney
Brunswick County

Leave of Court is granted for the filing of the foregoing dismissal
this  9th day of   July    , 2015.  The hearing scheduled for July 10, 2015, at 2:00 p.m. is hereby cancelled.

*James C. Fox*
James C. Fox
Senior United States District Judge